UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

FEB 2 2 2017

LAWRENCE K. BAERMAN, CLERK
ALBANY

---

William Mahar
Plaintiff,

v.

Warren County Board of Supervisors
C/O Ronald Conover, Chairman
Defendants,

Civil Action No. 1:17-CV-201
DNH/DJS

**Complaint**

## JURISDICTION

1 - The claims arise under the Constitution of the United States of America. The Court has subject matter jurisdiction under Article III, Section 2 of the Constitution and under 28 U.S.C. Sections 1331 and 1343(3).

## VENUE

2 – Venue lies in this district pursuant to 28 U.S. Code § 1391 (b) because Warren County is situated in this district, all defendants reside within this district and all the events giving rise to this complaint occurred in this district.

## PARTIES

3 – Plaintiff, William Mahar, resides at 222 Rollies Road, Warrensburg NY and is a resident of Warren County

4 – Defendant, Warren County, is a political and geographic subdivision of the State of New York and the Warren County Board of Supervisors is the chief administrative and

1

legislative body of Warren County, New York. Ronald Conover is the duly elected Chairman with principle offices located at the Warren County Municipal Center, 1340 State Rt.9, Lake George NY 12845

## FACTS

5 – The Warren County Board of Supervisors is organized pursuant to Local Law 12 of 2011

6 – Local Law 12 of 2011 Section 3 designates that the board shall consist of twenty members.

7 – Local Law 12 of 2011 Section 3 requires that in towns having one County Supervisor, the County Supervisor shall be the Town Supervisor. This creates a dual role elected office

8 – Local Law 12 of 2011 Section 3 requires that in Towns having more than one County Supervisor, the Town Supervisor shall be one County Supervisor and the remaining Supervisors shall be elected "at large" in the town. The "at large" supervisors are single role office holders elected solely as County representatives.

9 – Local Law 12 of 2011 Section 2 states that each City Ward shall be entitled to at least one County Supervisor. The City Ward County Supervisors are single role office holders elected solely as County representatives.

10 – Glens Falls is the only City in Warren County and elects 5 single role Supervisors to the Warren County Board of Supervisors.

2

11 - Queensbury is the only town in Warren County with more than one supervisor and elects four "at large" single role supervisors to the Warren County Board of Supervisors.

12 – Warrensburg, The town in which the plaintiff, William Mahar, resides (As well as all towns other than Queensbury) is represented at the County by only one dual role Town Supervisor.

## Claim for Relief

13 – Warren County's method of electing its Board of Supervisors as set forth by Local Law 12 of 2011 is not equally open to participation by all voters of Warren County in violation of the 14th Amendment's equal protection clause. Further, the methodology defined in Local Law 12 of 2011 results in the voters in Warren County municipalities other than Queensbury or Glens Falls having less opportunity to participate in the electoral and political processes to elect the representatives of their choice.

14 – Local Law 12 of 2011 creates two classes of voters, those who are allowed to vote directly and separately for their County representatives and an underclass who are denied this opportunity. The existence of an inequality in this matter is self-evident.

15 – Unless enjoined by this Court, Warren County will continue acting in violation of the 14th Amendment of the Constitution by administering, conducting and implementing future elections for the Warren County Board of Supervisors pursuant to Local Law 12 of 2011

3

## Statement of Relief Sought

WEREFORE, William Mahar, respectfully requests that this Court enter an order:

(a) – Declaring that the methods defined for electing the Warren County Board of Supervisors in Local Law 12 of 2011 violate the equal protection clause of the 14th amendment

(b) – Enjoining the defendant, its agents and successors in office and all persons acting in concert with any of them from administering, conducting and implementing future elections for the Warren County Board of Supervisors pursuant to Local Law 12 of 2011.

(c) - Ordering the Defendant to devise an election plan and implementation schedule for that plan that remedies the 14th Amendment violations. If the Defendant fails to submit ordered plan or implement said plan according to approved schedule, the Court should order into effect a plan of its own design that remedies the 14th Amendment violations and order elections to be held pursuant to that plan.

(d) - Granting any such additional relief as the Court may see fit to grant in the interests of justice.

Dated  Feb 21st  2017

Sworn before me this
21 day of Feburary 2017

Notary Public

GREGORY D. TALLON
Notary Public, State of New York
Warren County #01TA6137495
Commission Expires Jan 17, 2018

William Mahar
222 Rollies Road
Warrensburg, NY 12885
(518) 321-8592

4